IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERARD DAVID McCREE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 2:03cv774-D |
| | )             (WO) |
| D. T. MARSHALL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the Recommendation of the Magistrate Judge, filed October 24, 2005, (Doc. No. 75), and Plaintiff's Objection, filed November 7, 2005, (Doc. No. 76), and having independently reviewed the file, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

2. Plaintiff's Objection be and the same is hereby OVERRULED;

3. Defendants' motion for summary judgment be and the same is hereby GRANTED;

4. This case be and the same is hereby DISMISSED with prejudice; and

5. The costs of this proceeding be and the same are hereby TAXED against Plaintiff for which let execution issue.

DONE this 18th day of November, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE